UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
COLONY INSURANCE COMPANY,

                                              Plaintiff,     Civil Case No.: 1:24-cv-05014-MKB-JAM

v.

                                                                        **NOTICE OF VOLUNTARY**
                                                                        **DISMISSAL**
                                                                        **WITH PREJUDICE**

SOUTHWEST MARINE AND GENERAL
INSURANCE COMPANY AND GILSON ANDRADE

                                                      Defendants.
-------------------------------------------------------------x

       IT IS HEREBY AGREED, the above-entitled action is hereby dismissed in its entirety with prejudice as to Defendants, Southwest Marine And General Insurance Company and Gilson Andrade pursuant to FCRP 41(a)(1)(A)(i).

Dated: New York, New York
           August 1, 2024

| LONDON FISCHER LLP | SOUTHWEST MARINE AND GENERAL INSURANCE COMPANY<br>Defendant<br>Not Answered in this Action |
|---|---|
| By: _____<br>William J. Edwins<br>Attorneys for Plaintiff<br>PELEUS INSURANCE COMPANY<br>59 Maiden Lane, 39th Floor<br>New York, New York 10038<br>(212) 972-1000<br>wedwins@LondonFischer.com<br>LF File No.: 417.0567218 | GILSON ANDRADE<br>Defendant<br>Not Answered in this Action |